83,080-01,02

Dear Court of Criminal Appeals,

My name is Jonathan Trujillo and this letter concerns my two 11.07 writ of habeas corpus Filed on 4-1-2015, and 4-2-2015, For trial court case No's 0920903 and 0921175

My question is:

1) Did the court ever File any motions, or pleadings or orders, or did they ever hold a hearing to rule on the issues presented in both habeas petitions?

2) Did the state File any motions or pleadings in response to my habeas petition?

3) I never recieved any noticed From the District Court. Could you please mail me copies of the preceeding Filings, if the court or state did in Fact File.

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 23 2015
Abel Acosta, Clerk

Sincerely,
Jonathan Trujillo

4-17-2015